Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-21-15

# Morgan Lewis
COUNSELORS AT LAW

Bernard J. Garbutt III
212.309.6084
bgarbutt@morganlewis.com

January 16, 2015

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007

*The case is stayed pending the conference with the Court scheduled for 3/17/15.*

*So ordered.*
*JG Koeltl*
*U.S.D.J.*
*1/20/15*

Re:   *Phoenix Light SF Limited, et al. v. Deutsche Bank Nat'l Trust Co.*, No. 14-cv-10103

Dear Judge Koeltl:

We represent defendant Deutsche Bank National Trust Company, as Trustee (the "Trustee") for the residential mortgage-backed securitization ("RMBS") trusts at issue in the above-referenced case (the "Trusts").

We write to respectfully request a 45-day extension of time to answer, move against, or otherwise respond to Plaintiffs' complaint herein, Dkt. No. 1 (the "Complaint"). Plaintiffs agree to this extension.

The Complaint was filed on December 23, 2014, and was served upon the Trustee on December 29, 2014. The Trustee's current deadline to respond to the Complaint is January 20, 2015.

Plaintiffs' claims concern 21 different Trusts, and the Complaint is 180 pages long, contains 584 paragraphs, and asserts seven causes of action.

In light of the foregoing, the Trustee respectfully requests that this Court grant the Trustee an extension of time until March 6, 2015 to respond to the Complaint. The Trustee and Plaintiffs have agreed to the following briefing schedule for any motion to dismiss the Complaint, subject to the Court's approval: (1) the Trustee shall answer, move, or otherwise respond to the Complaint by March 6, 2015; (2) Plaintiffs shall file any opposition to any motion to dismiss by April 20, 2015; and (3) the Trustee shall file a reply in further support of any motion to dismiss by May 11, 2015.

Almaty  Beijing  Boston  Brussels  Chicago  Dallas  Dubai*  Frankfurt  Harrisburg  Houston  Irvine  London  Los Angeles  Miami
Moscow  New York  Palo Alto  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Tokyo  Washington  Wilmington

*In association with Mohammed Buhashem Advocates & Legal Consultants



Honorable John G. Koeltl, U.S.D.J.
January 16, 2015
Page 2

Pursuant to Section 1.E. of this Court's Individual Practices, the Trustee states as follows: (subpart 1) the Trustee's original response date is January 20, 2015; (subparts 2 and 3) there have been no prior requests for extensions; and (subpart 4) Plaintiffs' counsel agrees to the 45-day extension.

Respectfully submitted,

Bernard J. Garbutt III

cc: Counsel of Record (via ECF)