UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
PHOENIX LIGHT SF LIMITED, in its own right and the right of BLUE HERON FUNDING IX LTD., C-BASS CBO XIV LTD., C-BASS CBO XVII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, and each of BLUE HERON FUNDING IX LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right,

    Plaintiffs,

 -against-

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,

    Defendant.

------------------------------------------------------- X

Case No. 14-CV-10103-JGK

ECF Case

**DEFENDANT'S**
**RULE 7.1 DISCLOSURE**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Deutsche Bank National Trust Company ("DBNTC"), solely in its capacity as trustee for the relevant trusts referenced in Plaintiffs' complaint herein, hereby states as follows:

1. DBNTC is a wholly-owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly-owned subsidiary of Deutsche Bank AG, a publicly held banking corporation organized under the laws of the Federal Republic of Germany. No publicly held company owns 10% or more of Deutsche Bank AG's stock; and

2. The relevant residential mortgage-backed securitization trusts referenced in Plaintiffs' complaint herein have issued mortgage-backed securities that are eligible for public trading. Certain holders of those securities may be publicly traded corporations.

Dated: New York, NY
February 11, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: /s/Bernard J. Garbutt III
Bernard J. Garbutt III (BG-1970)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorney for Defendant*
*Deutsche Bank National Trust Company, as Trustee*