UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

PHOENIX LIGHT SF LIMITED, in its own right and the right of BLUE HERON FUNDING IX LTD., C-BASS CBO XIV LTD., C-BASS CBO XVII LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED; and each of BLUE HERON FUNDING IX LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC and SILVER ELMS CDO II LIMITED, in their own right,

Plaintiffs,

-against-

DEUTSCHE BANK NATIONAL TRUST COMPANY,

Defendant.

Index No. 14-cv-10103

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 26, 2015

Respectfully submitted,

By:   */s/ Danielle A. D'Aquila*
      Danielle A. D'Aquila
      WOLLMUTH MAHER & DEUTSCH LLP
      500 Fifth Ave
      New York, New York 10110
      Phone: (212) 382-0050
      Fax: (212) 382-0050
      ddaquila@wmd-law.com

      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                                                                          */s/ Danielle A. D'Aquila*