June 19, 2018

*By ECF*
The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Phoenix Light SF Ltd. et al. v. Deutsche Bank Nat. Trust Co., et al.,* 14-cv-10103-JGK-DF and
*Commerzbank AG v. Deutsche Bank Nat'l Trust Co.*, 15-cv-10031-JGK-DF

**Subject: Parties' Agreed Letter Schedule–Disputes Concerning Requests for Admissions and Interrogatories**

Dear Judge Freeman:

On June 15, the parties filed letters concerning disputes over each other's responses to requests for admissions and interrogatories. Subject to Your Honor's consent, the parties have agreed to a slightly longer briefing schedule than the default schedule provided in Your Honor's rules.

The agreed-upon schedule is:

| Filing | Date |
|---|---|
| Initial Letter | 6/15/2018 |
| Opposition | 6/22/2018 |
| Reply | 6/29/2018 |

We appreciate the Court's attention to this matter.

Very respectfully,

| | |
|---|---|
| Kevin J. Biron, Esq. | Christopher Lucht, Esq. |
| /s/ *Kevin J. Biron* | /s/ Christopher Lucht |
| Morgan, Lewis & Bockius LLP | Wollmuth Maher & Deutsch LLP |
| 101 Park Avenue | 500 Fifth Avenue |
| New York, NY 10178 | New York, New York 10110 |
| (212) 309-6000 | (212) 382-3300 |