# EXHIBIT G

## Reyes Declaration Exhibit G

With respect to the Trusts below, these Trusts do not appear on Defendant's Repurchase Log.

| Trust Name |
| --- |
| AABST 2006-1 |
| AHM 2006-1 |
| AMSI 2006-R1 |
| ARSI 2006-W3 |
| SVHE 2006-EQ1 |
| SVHE 2006-NLC1 |
| MMLT 2005-2 |
| FHLT 2006-1 |
| FHLT 2006-2 |
| IMM 2005-7 |
| IMM 2005-8 |
| MSAC 2006-NC2 |
| MSHEL 2007-1 |