# EXHIBIT 56

# Biron Declaration Exhibit 56

# "Trusts For Which Defendant Had No Duty to Enforce Any Repurchase Obligations"

## Summary of Voluminous Documents Pursuant to Fed. R. Evid. 1006:

Under the GAs for 18 Trusts, Defendant had no duty to enforce any repurchase obligations.

| Trust Name | Agreement |
|---|---|
| AABST 2006-1 | *See, generally*, Indenture; Transfer & Servicing Agreement; Servicing Agreement. |
| FFML 2006-FF11 | *See, generally*, PSA. |
| FHLT 2005-1 | *See, generally*, PSA. |
| FHLT 2005-2 | *See, generally*, PSA. |
| FHLT 2006-1 | *See, generally*, PSA. |
| FHLT 2006-3 | *See, generally*, PSA. |
| HASC 2006-HE1 | *See, generally*, PSA. |
| IMM 2005-7 | *See, generally*, Indenture; Servicing Agreement. |
| IMM 2005-8 | *See, generally*, Indenture; Servicing Agreement. |
| IXIS 2006-HE1 | *See, generally*, PSA. |
| IXIS 2006-HE2 | *See, generally*, PSA. |

| Trust Name | Agreement |
|---|---|
| IXIS 2007-HE1 | *See, generally*, PSA. |
| MLMI 2007-MLN1 | *See, generally*, PSA. |
| MSAC 2006-NC2 | *See, generally*, PSA. |
| SABR 2007-NC2 | *See, generally*, PSA. |
| SAST 2007-1 | *See, generally*, PSA. |
| SAST 2007-2 | *See, generally*, PSA. |
| SVHE 2005-3 | *See, generally*, PSA. |