UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LTD., ET AL.,

                  Plaintiffs,

      - against-

DEUTSCHE BANK NATIONAL TRUST CO. AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                  Defendants.

---

COMMERZBANK AG,

                  Plaintiff,

      - against-

DEUTSCHE BANK NATIONAL TRUST CO. AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                  Defendants.

---

14-cv-10103 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-2021

15-cv-10031 (JGK)

JOHN G. KOELTL, District Judge:

    The Court will hold oral argument on the parties' motions for summary judgment via teleconference on July 21, 2021 at 1:00 pm. Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
         July 12, 2021

                          John G. Koeltl
                  United States District Judge