# Morgan Lewis

**Kevin J. Biron**
+1.212.309.6180
kevin.biron@morganlewis.com

July 15, 2021

**VIA ECF**

Honorable John G. Koeltl
United States District Court Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

> Argument adjourned
> to 8/3/21 at 10:00 A.M.
> So ordered.
> 7/16/21  /s/ John G. Koeltl
>                 U.S.D.J.

Re:   *Phoenix Light SF DAC v. Deutsche Bank Nat'l Trust Co.*, No. 14-cv-10103 (S.D.N.Y.);
      *Commerzbank AG v. Deutsche Bank Nat'l Trust Co.*, No. 15-cv-10031 (S.D.N.Y.)

Dear Judge Koeltl:

We represent Defendants in the above-captioned actions. We write to respectfully request an adjournment of oral argument on the parties' pending motions for summary judgment, currently scheduled for 1 p.m. on July 21, 2021. *See Phoenix Light* ECF # 387; *Commerzbank* ECF # 265. Due to an unmovable personal conflict, counsel for Defendants is unable to appear on that date.

No previous requests for adjournment of this argument have been made. Plaintiffs' counsel has consented to the request for adjournment. All parties would be able to appear for oral argument any day during the week of August 2 (Plaintiffs' counsel also indicated that they are available any day the week of July 26, but Defendants' counsel has scheduling conflicts that week).

If none of those dates is convenient for the Court, the parties respectfully request an opportunity to further confer and propose additional dates to the Court.

Respectfully,

/s/ Kevin J. Biron

Kevin J. Biron

cc:   All counsel of-record (via ECF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/2021

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060     +1.212.309.6000
United States                            +1.212.309.6001