UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LTD., ET AL.,

        Plaintiffs,

- against-

DEUTSCHE BANK NATIONAL TRUST CO. AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Defendants.

14-cv-10103 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21
```

---

COMMERZBANK AG,

        Plaintiff,

- against-

DEUTSCHE BANK NATIONAL TRUST CO. AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Defendants.

15-cv-10031 (JGK)

---

JOHN G. KOELTL, District Judge:

    The Court will hold oral argument on the parties' motion for summary judgment on August 3, 2021 at 10:00 AM, in Courtroom 14A, 500 Pearl Street, New York, NY 10007 before Judge John G. Koeltl. Public dial-in option: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           July 23, 2021

                                          _____
                                            John G. Koeltl
                                    United States District Judge