UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LTD., ET AL.,

        Plaintiffs,

- against-                              14-cv-10103 (JGK)

DEUTSCHE BANK NATIONAL TRUST CO. and    ORDER
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Defendants.

---

COMMERZBANK AG,

        Plaintiff,                15-cv-10031 (JGK)

- against-

DEUTSCHE BANK NATIONAL TRUST CO. and
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit letters to the Court by Thursday, October 7, 2021, addressing the Second Circuit Court of Appeals' decision in <u>Phoenix Light SF DAC v. U.S. Bank Nat'l Ass'n</u>, No. 20-1312-cv (2d Cir. Oct. 4, 2021).

SO ORDERED.

Dated:    New York, New York
           October 4, 2021

                                        John G. Koeltl
                                 United States District Judge