UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

PHOENIX LIGHT SF LTD., ET AL.,

                       Plaintiffs,

  - against-                             14-cv-10103 (JGK)

DEUTSCHE BANK NATIONAL TRUST CO.      ORDER
and DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                       Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Phoenix Light SF DAC v. U.S. Bank Nat'l Ass'n, 2021 WL 4515256 (2d Cir. Oct. 4, 2021), and the October 12, 2021 letters submitted by the parties raise the important issue of standing. It would be prudent to have this issue briefed at the same time as the other issues presented in the parties' dueling motions for summary judgment and subsequently submitted letters.

    Accordingly, the Court sets the following briefing schedule:

    The defendants may file a supplemental motion for summary judgment addressing Phoenix Light SF DAC, 2021 WL 4515256, by **October 27, 2021.** The memorandum in support of the supplemental motion for summary judgment may be no longer than 15 pages. It should be accompanied by a Rule 56.1 Statement and any necessary supporting declarations.

The plaintiffs' opposition to any supplemental motion for summary judgment is due by **November 10, 2021**. The memorandum in opposition may be no longer than 15 pages. It should be accompanied by a response to the defendants' Rule 56.1 Statement and any necessary supporting declarations.

The defendants' reply is due by **November 19, 2021**. The reply memorandum may be no longer than 8 pages.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **October 13, 2021**

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge