UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

PHOENIX LIGHT SF LTD., ET AL.,

                Plaintiffs,

- against-                      14-cv-10103 (JGK)

DEUTSCHE BANK NATIONAL TRUST CO.    ORDER
and DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the papers filed in connection with their supplemental motion for summary judgment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
          December 6, 2021

                                   /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge