UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**PHOENIX LIGHT SF LTD., ET AL.,**

                Plaintiffs,                14 **CIVIL** 10103 (JGK)

      -against-                  **JUDGMENT**

**DEUTSCHE BANK NATIONAL TRUST CO.
and DEUTSCHE BANK TRUST COMPANY
AMERICAS,**

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 8, 2022, The Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the reasons explained above, DB's supplemental motion for summary judgment is **granted.** DB's motions for summary judgment in the Phoenix Light Action and in the Commerzbank Action are **granted in part and denied in part.** The Plaintiffs' motion for partial summary judgment is **denied.** The Clerk is directed to enter judgment dismissing the Phoenix Light Action (14-cv-10103). **T**he Phoenix Light Action (14-cv-10103) is dismissed.
.

**Dated:**  New York, New York
         February 9, 2022

                                                    **RUBY J. KRAJICK**
                                                    Clerk of Court
                                   **BY:**
                                                      Deputy Clerk